|  |  |
|---|---|
| 1 | PHILLIP A. TALBERT |
| 2 | United States Attorney |
|   | MATHEW W. PILE, WSBA No. 32245. |
| 3 | Associate General Counsel |
|   | Office of Program Litigation, Office 7 |
| 4 | Social Security Administration |
|   | MARCELO ILLARMO (MABN 670079) |
| 5 | Special Assistant United States Attorney |

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4822
   E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:22-cv-01014-BAM<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from March 6, 2023 to April 6, 2023. Defendant respectfully requests this additional time because Defendant's counsel is temporarily incapacitated due to illness.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before April 6, 2023;
- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before April 26, 2023).

Respectfully submitted,

DATE: March 2, 2023 */s/ Robert Terence LaPorte* *
ROBERT TERENCE LAPORTE
Attorney for Plaintiff
(* approved via email on 3/2/23)

PHILLIP A. TALBERT
United States Attorney

DATE: March 2, 2023   By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based on the foregoing and good cause appearing, the Court's Scheduling Order (Doc. 7.) is modified as follows:  Defendant shall respond to Plaintiff's opening brief on or before April 6, 2023, and Plaintiff shall file an optional reply brief within 20 days of the filing of Defendant's brief.

IT IS SO ORDERED.

Dated:   **March 3, 2023**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

2