TERRY LaPORTE, ESQ.  SBN 88669
LaPorte Law Firm
2570 N First Street, 2nd Floor
San Jose, CA 95131
Phone: (408) 293-8810
Fax: (408) 292-7673
Email: terry@laportelawfirm.com

Attorney for Plaintiff, Alma Aguilar

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA AGUILAR,<br><br>         Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>         Defendant. | CASE NO. 1:22-cv-01014-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER APPROVING COMPROMISE SETTLMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to approval by the Court, that Plaintiff's attorney Terry LaPorte receive the following payment:

1. The defendant shall pay **SIX THOUSAND NINE HUNDRED AND THIRTY-ONE DOLLARS AND TWO CENTS, ($6931.02)** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) for attorney's fees (including costs) incurred in this Court action.  This amount represents compensation for all legal services rendered on behalf of Plainiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

2. After the Court issues an order for EAJA fees to Defendant, the government will consider the matter of Alma Aguilar's assignment of EAJA fees to Terry LaPorte. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States

Deparmtnet of the Treasury's Offset Program. After the order of EAJA fees are entered, the government will determine wehther they are subject to any offset. If the Department of Treasury determines that Alma Aguilar does not owe a federal debt, the check is to be payable to Terry LaPorte, Plainiff's counsel.

3. This is a settlement of Plaintiff's request for attorney's fees pursuant to EAJA, and does not constitute an admission of liability of fault on the part of Defendant under the Equal Access of Justice Act.

4. Payment of the **SIX THOUSAND NINE HUNDRED AND THIRTY-ONE DOLLARS AND TWO CENTS, ($6931.02)** EAJA attorney's fees incurred in this Court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney's fees pursuant to EAJA as a result of this Court action.

Dated:   04/26/2023          */s/ Terry LaPorte*
                             TERRY LAPORTE, ESQ.
                             Attorney for Plaintiff

Dated:   04/27/2023          */s/ Marcelo Illarmo*
                             Marcelo Illarmo
                             Special Assistant United States Attorney

### ORDER

Based on the parties' stipulation, IT IS ORDERED that attorneys' fees (including costs) in the amount of six thousand nine hundred thirty-one dollars and two cents, ($6,931.02), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the above-referenced Stipulation.

IT IS SO ORDERED.

Dated:   **May 3, 2023**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE